UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-MJ-02829

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER O. ROMERO MORADEL,

    Defendant.
_____/

**DEFENDANT'S INVOCATION OF RIGHTS
TO SILENCE AND COUNSEL**

    The defendant named above does hereby invoke his/her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement

1

agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

>                   Respectfully submitted,
>
> BY:   *s/Ashley Kay*
>       Ashley Kay
>       Assistant Federal Public Defender
>       Florida Bar Number: 78991
>       150 West Flagler Street
>       Suite 1700
>       Miami, Florida 33130-1556
>       Tel: 305-530-7000
>       Fax: 305-536-4559
>       Email: Ashley_kay@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 5, 2023, electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Ashley Kay*
Ashley Kay